IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Criminal No.: 5:14-MJ-00147-MCRI-1

| | |
|---|---|
| United States of America, | |
| vs. | **NOTICE OF APPEARANCE OF RICHARD A. HARPOOTLIAN** |
| JOEL ROBINSON. | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned attorney, Richard A. Harpootlian, of Richard A. Harpootlian, P.A., hereby gives notice of appearance as lead counsel in the above-captioned case on behalf of the Defendant Joel Robinson.

Respectfully submitted by,

s/Richard A. Harpootlian
Richard A. Harpootlian, Federal # 1730
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Post Office Box 1090 (29201)
Columbia, South Carolina 29202
Telephone: (803) 252-4848
Facsimile: (803) 252-4810
rah@harpootlianlaw.com

ATTORNEY FOR DEFENDANT

Columbia, South Carolina
November 7, 2014