IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Action No. |
| JOEL ROBINSON | 5:14-MJ-00147-MCRI-1 |
| DEFENDANT. | |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Vivek Kothari herein files notice of his appearance in the above-styled case, and respectfully requests that he be added as counsel of records for the United States.

Respectfully submitted,

SALLY QUILLIAN YATES
*United States Attorney*


/s/ Vivek Kothari
   *Assistant United States Attorney*
Provisionally admitted under Local Rule 83.1
Vivek.Kothari@usdoj.gov
*600 U.S. Courthouse*
*75 Spring Street, S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

        All Defense Counsel

November 12, 2014

        /s/ VIVEK KOTHARI
        VIVEK KOTHARI
        *Assistant United States Attorney*