**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| United States of America, | Criminal No. 5:14-cr-00809-JMC |
| v. | **NOTICE OF APPEARANCE** |
| Joel Robinson | |

Please take notice that James M. Griffin of the law firm Lewis, Babcock & Griffin L.L.P., 1513 Hampton Street, Columbia, South Carolina, 29201, Telephone (803) 771-8000, hereby enters his appearance as attorney on behalf of Defendant, Joel Robinson in the above captioned action.

        s/ James M. Griffin
        James M. Griffin, Fed ID 1053
        LEWIS, BABCOCK, & GRIFFIN LLP
        P.O. Box 11208
        Columbia, SC 29211
        Tel. 803.771.8000
        Fax 803.733.3541
        jmg@lbglegal.com

        ATTORNEY FOR DEFENDANT

Columbia, South Carolina
December 9, 2014