# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America, | Criminal No. 5:14-cr-00809-JMC |
| v. | **NOTICE OF APPEARANCE** |
| Joel Robinson | |

Please take notice that Margaret N. Fox of the law firm Lewis, Babcock & Griffin L.L.P., 1513 Hampton Street, Columbia, South Carolina, 29201, Telephone (803) 771-8000, hereby enters her appearance as attorney on behalf of Defendant, Joel Robinson in the above captioned action.

s/ Margaret N. Fox
Margaret N. Fox, Fed ID 10576
LEWIS, BABCOCK, & GRIFFIN LLP
P.O. Box 11208
Columbia, SC 29211
Tel. 803.771.8000
Fax 803.733.3541
mnf@lbglegal.com

ATTORNEY FOR DEFENDANT

Columbia, South Carolina
December 16, 2014