IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO: 5:14-809-JMC |
| | ) | |
| vs. | ) | **SCHEDULING NOTICE** |
| | ) | |
| **JOEL PERRIN ROBINSON** | ) | |

**JURY SELECTION: February 4, 2015 at 9:30 a.m.** *Requests to Strike are due by 12:00 noon the date prior to Jury Selection*

**JURY TRIAL: February 9, 2015 - February 17, 2015 at 9:30 a.m.**

The Jury List is available 7 days before jury selection. Pursuant to Local Civil Rule 47.02, the Court will submit written interrogatories to the jury venire, which are available for review in the Columbia Clerk's Office 7 days before jury selection. Copies of the juror's responses will be available for purchase. To purchase copies of questionnaires or obtain a list of jurors, a request form, available on the Court's web site (www.scd.uscourts.gov), must be submitted to the Clerk's Office for approval. Copies of the juror questionnaire responses will be available for purchase at Copy Pickup, Inc. (803-799-2679) one week prior to jury selection. The questions on the juror questionnaire will not be repeated in the courtroom during jury selection.

PURSUANT TO LOCAL CRIMINAL RULE 26.04, **AT LEAST ONE WEEK prior to jury selection, counsel must submit his or her list of proposed voir dire questions and requests for jury instructions to the court with copies to opposing counsel. If requests for voir dire and jury instructions are not timely submitted, counsel shall have waived the right to submit written voir dire questions and written jury instructions.**
***Prior to submitting any voir dire requests or jury instructions the parties are to confer and determine if they can agree on these requests. If so, these requests shall be submitted as joint submissions. All requests shall be emailed to chambers at childs_ecf@scd.uscourts.gov. The request forms may be found at www.scd.uscourts.gov.***

**COUNSEL ARE REQUIRED TO USE THE ELECTRONIC COURTROOM PRESENTATION SYSTEM FOR TRIAL.** If your case is a trial and you did not participate in electronic courtroom training when it was offered, you should contact Miranda Brooks (803-765-5819) regarding use of the electronic system. Training will not be conducted the morning of trial or the day prior to trial.

ROBIN L. BLUME, CLERK

Date: December 16, 2014                              *s/Miranda Brooks, Deputy Clerk*
                                                     *(803) 765-5819*