AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

------------------------------------------------DIST RICT OF SOUTH CAROLINA--------------------------------------------------

UNITED STATES OF AMERICA
v.
JOEL PERRIN ROBINSON

EXHIBIT AND WITNESS LIST

Case Number: 5:14-809-JMC

| Presiding Judge<br><br>J. Michelle Childs | Plaintiff's Attorney<br><br>Michael V Herskowitz<br>Vivek Khotari | Defendant's Attorney<br><br>Richard A Harpootlian<br>Margaret Nicole Fox<br>James Griffin |
|---|---|---|
| Trial Date(s) | Court Reporter<br><br>Kathleen Richardson | Courtroom Deputy<br><br>Miranda Brooks |

| Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| | 1 | 12/18/14 | X | X | Phone List |
| | 2 | 12/18/14 | X | X | Alarm System Event Report |
| | 3 | 12/18/14 | X | X | Text Messages between Joel Robinson and Jonovea Butler |
| 1-6 | | 12/18/14 | X | X | Pictures of Atlanta fire |
| 7-10 | | 12/18/14 | X | X | Pictures of Defendant's Residence |
| 11-14 | | 12/18/14 | X | X | Pictures of Shooting Scene |
| 14a | | 12/18/14 | X | X | Video Surveillance of Entry of Officers |
| 15-17 | | 12/18/14 | X | X | Pictures of the Defendant's bedroom |
| 18 | | 12/18/14 | X | X | Pictures of Defendant's firearms |
| 19-21 | | 12/18/14 | X | X | Photographs from the trailer |
| 22 | | 12/18/14 | X | X | Photograph of Agent's injury |
| | 4-5 | 12/18/14 | X | X | Photographs of where Agent was shot |
| | 6 | 12/18/14 | X | X | Transcript of Audio of arrest of Defendant played |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 _____