# SLIP SHEET FOR EXHIBIT H

## Search & Seizure Warrant

(SEARCH-SNAPOVER-00012)

(Motion to Seal Pending)